IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIE CARSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-449-C |
| | ) | |
| ANITA TRAMMELL, Warden, | ) | |
| | ) | |
| Respondent | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief, pursuant to 28 U.S.C. § 2241 is brought by a prisoner, proceeding pro se. The undersigned referred the case to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on September 22, 2010, to which Petitioner has timely objected.

The facts and law are accurately set out in Judge Couch's Report and Recommendation and there is no purpose to be served in repeating them yet again. The arguments raised by Petitioner in his Objection are either without merit or were thoroughly addressed and resolved by Judge Couch in the Report and Recommendation and the Court finds no error in Judge Couch's reasoning.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 16), and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 29th day of October, 2010.

ROBIN J. CAUTHRON
United States District Judge